# AFFIDAVIT OF CHRISTOPHER TULLY

1. My name is Christopher Tully and I am over 18 years old.

2. I am the Regional Director - Asset Management of Intercontinental Real Estate Corporation, which is the manager of the entity that owns the defendant, U.S. REIF Golden Colorado, LLC.

3. U.S. REIF Golden Colorado, LLC's holdings included the Golden Town Center, where plaintiff was allegedly injured on November 5, 2013, which was part of my region.

4. U.S. REIF Golden Colorado, LLC sold their interest in the property to Phillips Edison and Company of Cincinnati, Ohio, on November 22, 2013.

5. Based on conversations I've had with Bradley & Associates, which handles legal process for Intercontinental Real Estate Corporation, I understand that they received e-mailed notice from CT Corporation of Service of Process on or about May 15, 2014.

6. I understand that no copy of plaintiff's Amended Complaint was provided following the notice of Service of Process from CT Corporation, and no one in our office or Bradley & Associates set the deadline to respond to the Amended Complaint.

7. Only on June 5, 2014, did I, or anyone at Intercontinental Real Estate Corporation, U.S. REIF Golden Colorado, LLC, or Bradley & Associates, receive a copy of the Amended Complaint.

8. Aleshia Lane, Associate Director of CBRE, the property management company we had used at the property, forwarded a certified letter from counsel for co-defendant Dillon Companies attaching the Amended Complaint.

9. While Dillon Companies' letter attaching the Amended Complaint was noted to have been sent to our corporate headquarters, the first time I saw the Amended Complaint was through CBRE, which presumably received the correspondence earlier, as they are located in Colorado.

10. Upon receipt of Ms. Lane's e-mail providing the Amended Complaint, we immediately forwarded the e-mail and legal documents to our insurance carrier, and engaged counsel to file an Answer on behalf of U.S. REIF Golden Colorado, LLC.

FURTHER AFFIANT SAYETH NOT.

Dated: 6/24/2014

_____
CHRISTOPHER TULLY

STATE OF MASSACHUSETTS  )
                        ) ss
COUNTY OF Suffolk       )

Sworn and subscribed to before me this 24th day of June, 2014, by Christopher Tully.

Witness my hand and official seal.

_____
Notary Public   1/11/19

My Commission Expires: 1/11/19

[Notary Seal: ANDREA D. SALVI, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS, MY COMM. EXPIRES JANUARY 11, 2019]