IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01713-KLM

JAMES CRAPNELL,

    Plaintiff,

v.

DILLON COMPANIES, INC., doing business as King Soopers, Inc., and
U.S. REIF GOLDEN COLORADO, LLC,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant **Dillon Companies, Inc. d/b/a/ King Soopers, Inc.;s Motion for Leave to file Crossclaims Against Defendant U.S. Reif Golden, Colorado, LLC** [#52][1] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 10.1(3), which states that all filings "shall be double spaced." The Motion is subject to denial on this basis alone. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#52] is **DENIED without prejudice**.

    Dated:  April 22, 2015

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.