IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01713-KLM

JAMES CRAPNELL,

    Plaintiff,

v.

DILLON COMPANIES, INC., doing business as King Soopers, Inc.,
U.S. REIF GOLDEN COLORADO, LLC, and
CBRE, Inc.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant **Dillon Companies, Inc. d/b/a King Soopers, Inc.'s Amended Motion for Leave to File Crossclaims Against Defendant U.S. REIF Golden Colorado, LLC** [#55][1] (the "Motion"). The Motion states that Plaintiff does not oppose the requested relief and that Defendant U.S. REIF Golden Colorado, LLC ("U.S. REIF") opposes the requested relief. *Motion* [#55] at 1. Pursuant to D.C.COLO.LCivR 7.1(d), Defendant U.S. REIF's deadline to respond to the Motion was May 14, 2015. *See* D.C.COLOLCivR 7.1(d) ("The responding party shall have 21 days after the date of service of a motion, or such lesser or greater time as the court may allow, in which to file a response."). To date no response has been filed and Defendant U.S. REIF has not requested an extension of this deadline.. "[T]he Court construes [its] lack of response as indicating [it] no longer oppose[s] the relief requested." *State Farm Mut. Auto. Ins. Co. v. Fisher*, No. 08-cv-01687-REB-MEH, 2009 WL 1586921, at *2 (D. Colo. June 3, 2009) (adjudicating motion to amend scheduling order). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#55] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Defendant Dillon Companies, Inc. d/b/a King Soopers, Inc.'s Crossclaim Against Defendant U.S. REIF

---

[1] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

Golden Colorado, LLC [#55-1] ("the Crossclaim") for filing as of the date of this Order.

IT IS FURTHER **ORDERED** that Defendant U.S. REIF shall respond to the Crossclaim **on or before July 9, 2015**, in accordance with Fed. R. Civ. P. 12(a)(1)(B).

Dated: June 18, 2015