IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01713-KLM

JAMES CRAPNELL,

    Plaintiff,

v.

DILLON COMPANIES, INC., doing business as King Soopers, Inc.,
U.S. REIF GOLDEN COLORADO, LLC, and
CBRE, Inc.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Clarification Regarding Rebuttal Expert Witness Deadline** [#85] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#85] is **GRANTED**. The rebuttal expert disclosure deadline is extended to **December 1, 2015**.

    Dated: November 27, 2015