IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01713-KLM

JAMES CRAPNELL,

    Plaintiff,

v.

DILLON COMPANIES, INC., doing business as King Soopers, Inc.,
U.S. REIF GOLDEN COLORADO, LLC, and
CBRE, Inc.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant **Dillon Companies, Inc. d/b/a King Sooper's, Inc.'s Second Motion for Clarification Regarding Rebuttal Expert Witness Deadline** [#87][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#87] is **GRANTED**. The rebuttal expert disclosure deadline is extended to **December 31, 2015**.

    Dated:  December 1, 2015

---

[1] "[#87]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.