IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01713-KLM

JAMES CRAPNELL,

    Plaintiff,

v.

DILLON COMPANIES, INC., doing business as King Soopers, Inc.,
U.S. REIF GOLDEN COLORADO, LLC, and
CBRE, Inc.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants U.S. Reif Golden Colorado, LLC and C.B. Richard Ellis, Inc.'s **Joinder in Dillon Companies' Unopposed Motion for Enlargement of Time to File Dispositive Motion** [#99] and **Joinder in Dillon Companies' Motion to Strike Plaintiff's Expert Report and Testimony of Allan Snyder** [#100]. Both Joinders were docketed as motions which require rulings by the Court.

    IT IS HEREBY **ORDERED** that the Joinder [#99] is **DENIED AS MOOT**. The Court's previous Order dated January 29, 2016 [#98] extended the time for filing dispositive motions as to **all parties** by amending the Scheduling Order [#45].

    IT IS FURTHER **ORDERED** that the Joinder [#100] is **GRANTED**. An appropriate order resolving Defendant Dillon Companies' Motion to Strike [#95] will issue in due course.

    Dated: February 5, 2016