IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A401 |
| Date: April 7, 2016 | Alfred A. Arraj United States Courthouse |

Civil Action No. 14-cv-01713-KLM

*Parties*:                                           *Counsel*:

JAMES CRAPNELL,                          Sommer Luther

     Plaintiff,

v.

DILLON COMPANIES INC., ET AL.,      Mark Gauthier
                                                              Dina Bernadelli
     Defendants.

**COURTROOM MINUTES**

**HEARING:   FINAL PRETRIAL CONFERENCE**
**Court in session:   1:35 p.m.**
Court calls case. Appearance of counsel.

The Court has been advised that a settlement has been reached between the Plaintiff and Defendant Dillion Companies Inc.

Counsel for the Plaintiff advises the Court that settlement negotiations are ongoing with the remaining defendants.

**ORDERED:**   Dismissal papers as to Defendant Dillon Companies Inc. due **no later than April 15, 2016.**

**ORDERED:**   Dillon Companies, Inc. D/B/A King Soopers, Inc.'s Motion for Summary Judgment [#79] is DENIED AS MOOT.

**ORDERED:** Crossclaim Plaintiff Dillon Companies, Inc. D/B/A King Soopers, Inc.'s Motion for Summary Judgment on First Claim for Relief Against Crossclaim Defendant U.S. Reif Golden, Colorado, LLC [#102] is DENIED AS MOOT pursuant to #[126].

**ORDERED:** Counterclaim Defendant Dillon Companies, Inc. D/B/A King Soopers, Inc.'s Motion for Summary Judgment on Counter Claimant U.S. Reif Golden, Colorado, LLC's First Claim for Relief [#103] is DENIED AS MOOT pursuant to #[126].

**ORDERED:** Defendant shall file their written Motion for Summary Judgment (which shall not exceed ten pages in length) **on or before April 8, 2016 at 5:00 p.m.**  Plaintiff shall file his response (which shall not exceed ten pages in length) **on or before April 15, 2016.**  No reply will be permitted.

**ORDERED:** Proposed jury instructions shall be filed **no later than April 19, 2016.**

**ORDERED:** Trial Preparation Conference set before Magistrate Judge Mix on **April 22, 2016 at 9:30 a.m.**  Counsel should be prepared to address jury instructions at this proceeding.

**ORDERED:** The proposed Final Pretrial Order which was submitted to the court is approved with interlineations and made an order of court.

HEARING CONCLUDED.
**Court in recess:     1:49 p.m.**
Total Time:    00:14

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.